UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 18-109 |
| ARTHUR JOHNSON<br>ANNICE FALKINS<br>KEVIN COFFIL<br>QUINTON RISIN<br>CHERELL VALLERY<br>BRANDON SANDERS<br>JONAS SCOTT | SECTION: "E" |

RE-NOTICE OF <u>PRETRIAL CONFERENCE AND JURY TRIAL</u>

**PHOTO IDENTIFICATION REQUIRED TO ENTER THE BUILDING**

Take Notice that this criminal case has been set for jury trial on March 20, 2020 at 9:00 a.m. before Judge Susie Morgan, 500 Poydras St., New Orleans, LA.  A pre-trial conference will be held on March 16, 2020 at 10:00 a.m.

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| Date:  December 17, 2019 | WILLIAM W. BLEVINS, CLERK |
| | by:  Brad Newell, Deputy Clerk |
| TO: | |
| Arthur Johnson (**CUSTODY**) | AUSA: Brandon Long, T.A. |
| **COUNSEL FOR ARTHUR JOHNSON:**<br>Robert W. Hjortsberg and Nicole E. Burdett, Retained | U.S. Marshal<br><br>U.S. Probation & Pre-Trial Services Unit |
| Annice Falkins (**BOND**) | FBI: Special Agent William Hicks |
| **COUNSEL FOR ANNICE FALKINS:**<br>Rachel M. Yazbeck, CJA | **If you change address,<br>notify clerk of court<br>by phone, 504-589-7714** |

KEVIN COFFIL (**CUSTODY**)

**COUNSEL FOR KEVIN COFFIL:**
Julie C. Tizzard, CJA

Quinton Risin (**CUSTODY**)

**COUNSEL FOR QUINTON RISIN:**
Maura Doherty, FPD

Ricky Redd (**CUSTODY**)

**COUNSEL FOR RICKY REDD:**
Gregory Q. Carter, Retained

Cherell Vallery (**BOND**)

**COUNSEL FOR CHERELL VALLERY:**
William M. Sothern, CJA

Brandon Sanders (**CUSTODY**)

**COUNSEL FOR BRANDON SANDERS:**
Marion D. Floyd, CJA

Jonas Scott (**CUSTODY**)

**COUNSEL FOR JONAS SCOTT:**
Marion B. Farmer, CJA